IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:                                                    )
                                                          )
                                                          )
BRUCE STUART BOONE, SR                                    ) Case # 24-60405-RBC
MEREDITH BOONE,                                           )
                                                          )          (Chapter 11)
        Debtors                                           )
_____                   )

## COMPENSATION STATEMENT OF ATTORNEY
## FOR THE DEBTOR

1. The undersigned, the attorney for the Debtor(s) in this case, states the following:

2. The total compensation promised the undersigned by the Debtor(s) for the services rendered or to be rendered in connection with this case is $500/hr. The only compensation which has been received from the Debtor(s) or any other person on said account is $15,550 remaining after payment of a pre-petition retainer of $32,050, the balance due thereon is n/a: and the source of compensation paid or promised, if a source other than the Debtor(s) is N/A.

3. The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of or counsel to his law firm and except:

    Not applicable

4. The Debtor has agreed to pay $500/hour for legal services at the undersigned's customary hourly rates and to reimburse counsel for expenses incurred. This representation does not include tax or environmental matters.

                                        /s/ Christopher S. Moffitt
                                        Christopher S. Moffitt #18195
                                        Law Offices of Christopher S. Moffitt
                                        218 North Lee Street, Third Floor
                                        Alexandria, Virginia  22314
                                        703/683-0075 Telephone
                                        703-997-8430 Fax
                                        moffittlawoffices@gmail.com
                                        *Counsel for Debtor*