

**SIGNED THIS 1st day of May, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BRUCE AND MEREDITH BOONE | ) Case No. 24-60405 |
| | ) |
| Joint Debtors. | ) Chapter 11 |
| | ) |

## ORDER DENYING MOTION TO EXTEND THE AUTOMATIC STAY

Upon consideration of the Motion To Extend the Automatic Stay (the "Motion") filed by Bruce Stuart Boone, Sr. and Meredith Boone (collectively "Debtors"), the Debtors having another bankruptcy case pending within the preceding 1-year period (of the instant case) that was dismissed, the Court having conducted a hearing on April 26, 2024 (the "Hearing"), and for the reasons set forth at the Hearing the Court having determined, it is hereby

**ORDERED:**

1. The Motion is denied.

2. Pursuant to 11 U.S.C. § 362(c)(3), the stay under section 362(a) shall terminate with respect to the Debtors on May 15, 2024, which is the 30th day after the filing of this instant case.

4893-1317-5226, v. 2

      3.      For avoidance of doubt, effective May 16, 2024, the automatic stay imposed by section 362(a) of the Bankruptcy Code in the instant bankruptcy case is automatically terminated without further order from the Court, enabling creditors including White Oak Commercial Finance to pursue their rights and claims against Debtors and assets of Debtors' estate and rights in appropriate forums as per applicable law.

      4.      In the event a single or joint case is filed by or against either of the Debtors before January 25, 2025, in accordance with section 362(c)(4)(A)(i) of the Bankruptcy Code, the stay under section 362(a) shall not go into effect upon the filing of the latter case.

      5.      This court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

**END OF ORDER**

WE ASK FOR THIS:

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
FRIEDBERG PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
Phone: (410) 581-7400
jeremy@friedberg.legal

-and-

/s/Vincent J. Roldan
Vincent J. Roldan (pro hac vice)
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Phone: (973) 736-4600
vroldan@mblawfirm.com

*Counsel to White Oak Commercial Finance, LLC*

4893-1317-5226, v. 2

SEEN AND OBJECTED TO:

/s/ Christopher S. Moffitt
Christopher S. Moffitt, VSB No. 18195
Law Offices of Christopher S. Moffitt
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
703/683-0075 Telephone
703-997-8430 Fax
moffittlawoffices@gmail.com

*Proposed Counsel for Debtor*

4893-1317-5226, v. 2