## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BRUCE AND MEREDITH BOONE | ) Case No. 24-60405 |
| | ) |
| Joint Debtors. | ) Chapter 11 |
| | ) |

### ORDER GRANTING MOTION TO TRANSFER VENUE

Upon consideration of the *Motion to Transfer Venue of Chapter 11 Case* (the "Motion") filed by White Oak Commercial Finance, LLC ("White Oak"), and White Oak having demonstrated sufficient cause under 28 U.S.C. § 1412, after due deliberation and sufficient cause appearing, it is hereby

**ORDERED:**

1. White Oak's Motion is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1412, these cases are transferred to the U.S. Bankruptcy Court for the District of Columbia.

3. The Clerk of this Court is directed to take whatever steps may be necessary to facilitate the transfer of this case to the U.S. Bankruptcy Court for the District of Columbia.

4867-4027-6933, v. 1

4. This court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

**END OF ORDER**

WE ASK FOR THIS:

*/s/ Jeremy S. Friedberg*
Jeremy S. Friedberg, VSB No. 40228
William F. Moss, VSB No. 99635
**FRIEDBERG PC**
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
Phone: (410) 581-7400
*jeremy@friedberg.legal*

-and-

Jeffrey M. Rosenthal, *pro hac vice*
Vincent J. Roldan, *pro hac vice*
Christopher T. Zona, *pro hac vice*
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Phone: (973) 736-4600
*jrosenthal@mblawfirm.com*
*vroldan@mblawfirm.com*
*czona@mblawfirm.com*

*Counsel to White Oak Commercial Finance, LLC*

**COPIES OF THIS ORDER TO:**

Recipients of ECF Notice