IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRUCE STUART BOONE, SR ) | CASE # 24-60405-RBC |
| MEREDITH BOONE, ) | |
| ) | (Chapter 11) |
| Debtors ) | |
| _____ ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Motion set out below will be held on June 18, 2024, at 11:00 a.m. before the Honorable Rebecca B. Connolly via Zoom for Government using the following information: Meeting ID: 160 369 2643; URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643.

**If you do not want the Court to grant the relief requested in the motion, then, pursuant to Local Rule 9013-1, you must file a response 7 days before the hearing date. Absent a timely filed response, a proposed order will be tendered to the Court granting the relief requested in the motion and the Court may treat the motion as conceded and enter the proposed order without the necessity of holding a hearing.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

### MOTION OF DEBTORS' COUNSEL TO PERMIT TERMINATION OF REPRESENTATION

COMES NOW counsel for Debtors, Christopher S. Moffitt, and respectfully moves this Honorable Court for an order authorizing counsel's termination of representation and providing Debtors with a reasonable time to appoint replacement counsel. As reasons for his motion, counsel states as follows:

1. Certain aspects of counsel's post-petition representation involve risks that were not known by counsel at the time of his retention.

1

2. He has discovered post-petition that representation of Debtors in this matter would result in an unreasonable financial burden on the lawyer.

3. His continued representation of the Debtor would likely involve a conflict of interest.

4. He now knows, at age seventy-seven, that the physical demands of his continued representation in this case may constitute a burden on his health.

5. By all indications, Counsel's primary duties as the case moves forward will involve work that is outside the scope of services set forth in the Debtors' and Counsel's engagement agreement.

6. The above cited items constitute "cause" for withdrawal under the Rules of this Court, and the clients have had prior notice of counsel's intent to file this motion.

7. Counsel is not a member of the Bar of the DC Bankruptcy Court; accordingly, should this Court grant the pending motion to transfer venue to that Court, counsel would not be qualified to appear in this case.

8. The court's providing Debtors with reasonable time to find replacement counsel would greatly minimize prejudice to the Debtor.

WHEREFORE, for the reasons set forth above, Debtor respectfully requests that the Court enter an order authorizing counsel's withdrawal from the case and provide such other and further relief as the court deems appropriate.

MEMORANDUM OF POINTS AND AUTHORITIES

1. Local Rule 2091-1.

2. RPC-1.16.

/s/ Christopher S. Moffitt
Christopher S. Moffitt #18195
218 North Lee Street
Alexandria, Virginia  22314
703/ 683-0075
*Counsel for Debtor*

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion and notice was electronically filed on June 17, 2024, with the United States Bankruptcy Court. That filing caused copies of this Motion to be transmitted through the Court's CM/ECF system to all parties designated to receive same. In addition, copies of this motion were mailed by first class mail to each Debtor at his/her address on file in this case and to all the creditors listed on the mailing matrix filed in this case.

/s/Christopher S. Moffitt

```
Label Matrix for local noticing          US Bankruptcy Court                      AAA Quality Stripping Co.
0423-6                                   Lynchburg Division                       PO BOX 1759
Case 24-60405                            1101 Court St, Room 166                  Woodbridge, VA 22195-1759
Western District of Virginia             Lynchburg, VA 24504-4597
Lynchburg
Mon Jun 17 14:24:36 EDT 2024

AG Utility Construction Inc              AMERICAN EXPRESS                         ARTEMIO RIVERA
2205 Pointers Glen Way                   P.O. BOX 981535                          6709 BRIARCLIFF DRIVE
Wendell, NC 27591-9163                   El Paso, TX 79998-1535                   CLINTON, MD 20735-4002


Aaron Neal, Esq.                         Absolute Recycling Contractors           Adam Cohen, Registered Agen
6404 Ivy Lane                            PO Box 77077                             323 Sunny Isles Blvd, Suite 501
Suite 820                                Greensboro, NC 27417-7077                North Miami Beach, FL 33160-4675
Greenbelt, MD 20770-1416


Al Asher and Sons, Inc.                  Alarcon, Bryan Urrutia                   Alexander Chavez
5301 VALLEY BLVD                         5627 Duchaine Dr.                        4716 Cardinal Ave.
Los Angeles, CA 90032-3930               Lanham, MD 20706-4119                    Beltsville, MD 20705-2639


Alfred Enterprise, LLC                   Alliant Group                            Alvaro Geuvara Reyes
10204 Ackerly Terr.                      3009 Post Oak Blvd. Suite 2000           6509 Hillwood Dr
Lanham, MD 20706-2354                    Houston, TX 77056-6599                   Riverdale, MD 20737-3030


American Express National Bank           American Express Travel Related Ser      Angel Antonio Rodriguez
c/o Becket and Lee LLP                   c/o Zwicker and Associates, P.C.         339 Crittenden St., NW
PO Box 3001                              P.O. Box 9043                            Washington, DC 20011-4765
Malvern, PA 19355-0701                   Andover, MA 01810-0943


Angel Mejia Gomez                        Angelica Smith Fernandez                 Appomattox County
6511 Medwick Dr.                         1400 Hampshire West Ct.                  PO Box 689
Hyattsville, MD 20783-5021               Apt. 9                                   Appomattox, VA 24522-0689
                                         Silver Spring, MD 20903-2514


Aqua CleanPool&Spa Service               Arlington County Treasurer               Arlyn Huezo
2428 Linda Ave                           Ellen M. Bozman Government Center        7301 Riggs Rd., Apt. 101
Key West, FL 33040-5100                  2100 Clarendon Blvd.                     Hyattsville, MD 20783-4215
                                         Arlington, VA 22201-5447


Axel Sarceno Ramirez                     B&B Signal Company, LLC                  Barbara Stroble
3222 Power Mill Rd.                      12051 Tac Court                          1935 Running Brook Dr.
Hyattsville, MD 20783-1037               Manassas, VA 20109-7901                  Westminster, MD 21158-2709


BlueStar Technologies, INC.              Bobs Overhead Door Repair Serv. Inc      Brayan Sepulveda
c/o Bryce Ziskind, Esq.                  100 Eyring Ave, Ste 1                    455 N Armistead St., Apt 8
102 W. Pennsylvania Ave., Suite 600      Essex, MD 21221-3634                     Alexandria, VA 22312-3454
Towson, MD 21204-4510
```

| | | |
|---|---|---|
| Brian Moreno Reyes<br>7330 Wye Ave.<br>Jessup, MD 20794-9459 | Bryan's Paving, LLC<br>8125 Hard Shale Road<br>Manassas, VA 20111-5241 | C&C Fencing Inc.<br>1105 Oak Avenue<br>Joppa, MD 21085-3908 |
| CC-AL Investments LLC<br>PO Box 5528<br>High Point, NC 27262-5528 | COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>Baltimore, MD 21201-2383 | Canhelco<br>111 Kingsley Rd SW<br>Vienna, VA 22180-6504 |
| Capital Assist, LLC<br>c/o Isaac H Greenfield, Esq.<br>323 Sunny Isles Blvd. Suite 503<br>Miami Beach, FL 33154 | (p)CAPITOL PAVING OF D C   INC<br>2211 CHANNING STREET NE<br>WASHINGTON DC 20018-2127 | Carload Express<br>519 Cedar Way, Bldg. 1<br>Suite 100<br>Oakmont, PA 15139-2010 |
| Carlos Beltran Huezo<br>4405 68th Pl.<br>Hyattsville, MD 20784-2002 | Carter Machinery Company Inc.<br>P.O. Box 751053<br>Charlotte, NC 28275-1053 | Cecilia Velis Cruz<br>5414 Kenilworth Ter.<br>Apt. 1<br>Riverdale, MD 20737-3130 |
| Centra Heath<br>PO Box 820242<br>Philadelphia, PA 19182-0242 | Charles County MD - Treasury Dept.<br>200 Baltimore Street<br>PO Box 2607<br>La Plata, MD 20646-2607 | Charles Gregory<br>5254 Florida Holly Dr.<br>Orlando, FL 32811-7928 |
| Christian Torrez Aranda<br>8768 Kanawho Ct.<br>Lorton, VA 22079-3021 | Christopher A. Jones<br>WHITEFORD, TAYLOR & PRESTON<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, VA 22042-4558 | Cintas<br>1769 Brightseat Road<br>Hyattsville, MD 20785-3767 |
| City of Annapolis<br>160 Duke of Gloucester Street<br>Annapolis, MD 21401-2517 | City of Bowie<br>15901 Fred Robinson Way<br>Bowie, MD 20716-2266 | City of Durham<br>101 City Hall Plaza<br>Durham, NC 27701-3328 |
| City of Greenbelt<br>25 Crescent Road<br>Greenbelt, MD 20770-1891 | City of Winchester<br>Rouss City Hall<br>15 North Cameron Street<br>Winchester, VA 22601-6082 | Cole Schotz P.C.<br>Irving E. Walker, Esquire<br>1201 Wills Street, Suite 320<br>Baltimore, MD 21231-3823 |
| Colonial Electric Supply, Inc.<br>PO Box 414564<br>Boston, MA 02241-4564 | Comcast Cable Corporation<br>ATTN: Cost Recovery, Suba Roberts<br>PO Box 6505<br>Chelmsford, MA 01824-0905 | Commonwealth of Virginia<br>Department of Taxation<br>PO BOX 2156<br>Richmond, VA 23218-2156 |
| Concentra<br>Occupational Hlth Ctrs of the South<br>PO Box 18277<br>Halethorpe, MD 21227-0277 | Concrete Now<br>5015 Cook Road<br>Beltsville, MD 20705-2002 | Congratulations Construction Inc.<br>4101 Taunton Drive<br>Beltsville, MD 20705-2857 |

| | | |
|---|---|---|
| Construction Credit & Finance Group<br>9160 Forum Corp Parkway<br>Fort Myers, FL 33905-7805 | ConstructConnect<br>6101 Blair Road, NW<br>Suite E<br>Washington, DC 20011-1401 | Cooley LLP<br>Attn: Erin F. Ramana, Esq.<br>11951 Freedom Drive, Suite 1400<br>Reston, VA 20190-5659 |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | County of Appomattox<br>Appomattox County Treasurer<br>329A Court St PO BOX 689<br>Appomattox, VA 24522-0689 | County of Fairfax<br>Department of Tax Administration<br>PO Box 10201<br>Fairfax, VA 22035-0201 |
| Cruz Ayala Lara<br>14201 Layhill Rd.<br>Silver Spring, MD 20906-2018 | Custom Truck One Source<br>P.O.Box 773385<br>Chicago, IL 60677-3385 | DC Materials<br>11727 Daisy Lane<br>Glenn Dale, MD 20769-9008 |
| DC Materials Inc.<br>3334 Kenilworth Avenue<br>Hyattsville, MD 20781-1011 | DC Office of Tax & Revenue<br>1101 4th St., SW<br>Washington, DC 20024-4457 | DC Office of Tax & Revenue<br>DC Treasurer<br>PO Box 96384<br>Washington, DC 20090-6384 |
| DC Office of Tax & Revenue<br>PO BOX 37559<br>Washington, DC 20013-7559 | DC Office of Tax & Revenue<br>PO BOX 75520<br>Washington, DC 20013-0520 | DC Office of the Attorney General<br>400 6th St., NW<br>Washington, DC 20001-0189 |
| DC Office of the Attorney General<br>441 4th Street NW, Suite 600-S<br>Washington, DC 20001-2714 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | DHill Professional Services LLC<br>David A. Hill, Esquire<br>14605 Silverstone Drive<br>Silver Spring, MD 20905-7418 |
| Daniel Carvainis<br>611 N MacDill Ave<br>Tampa, FL 33609-1529 | Danny Rago<br>PO Box 116<br>Appomattox, VA 24522-0116 | Davis, Agnor, Rapaport & Skalny, LL<br>11000 Broken Land Pkwy. Suite 600<br>Columbia, MD 21044-3534 |
| DeLeon & Stang CPAs and Advisors<br>150 S East St., Ste 103<br>Frederick, MD 21701-6175 | District Concrete LLC<br>15722 CRABBS BRANCH WAY #2D<br>Derwood, MD 20855-2782 | District of Columbia<br>US Attorney<br>555 Fourth St., NW<br>Washington, DC 20001-2733 |
| Dixia Velasquez Canales<br>3420 Julep Dr., Apt. 102<br>Alexandria, VA 22306-3801 | Do keys aqueduct authority<br>293 Sunset Key<br>Key West, FL 33040-8406 | Dorchester County Public Works<br>5435 Handley Road<br>Cambridge, MD 21613-3456 |
| Doug and Myriam Haslinger<br>776 Hametown Rd<br>Akron, OH 44333-1422 | Dragonfly, Inc.<br>d/b/a 95 Traffic Safety Supply<br>9011 E Hampton Drive<br>Capitol Heights, MD 20743-3808 | Duban Espinoza Mancia<br>6005 38th Pl.<br>Hyattsville, MD 20782-3002 |

| | | |
|---|---|---|
| Dulles Greenway<br>22375 BRODERICK DRIVE SUITE 260<br>Sterling, VA 20166-9348 | EBF Holdings, LLC<br>D/B/A Everest Business Funding<br>400 East Pratt Street, Ste 900<br>Baltimore, MD 21202-3127 | EBF Holdings, LLC<br>d/b/a Everest Business Funding<br>8200 NW 52nd Terrace, Suite 200<br>Miami, FL 33166-7852 |
| EMC2<br>10110 Molecular Drive Suite 314<br>Rockville, MD 20850-7543 | EMT Holdings, LLC<br>403 Kornblau Terrace Southeast<br>Leesburg, VA 20175-3774 | Elmer Reyes<br>12403 Downer Dr.<br>Silver Spring, MD 20906-4414 |
| Erie Insurance<br>100 ERIE INSURANCE PLACE<br>Erie, PA 16530-9000 | FUNDONATIC<br>20200 W DIXIE HIGHWAY<br>STE 908<br>MIAMI, FL 33180-1926 | FUNDONATIC<br>3323 NE 163RD ST., S<br>NORTH MIAMI BEACH, FL 33160-5596 |
| Fairfax Water<br>8570 Executive Park Avenue<br>Fairfax, VA 22031-2633 | Farm Bureau<br>PO BOX 85098<br>Richmond, VA 23285-5098 | Financial Pacific Leasing, Inc.<br>PO BOX 848779<br>Los Angeles, CA 90084-8779 |
| Fort Myer Construction Corporation<br>2237 - 33rd St., NE<br>Washington, DC 20018-1594 | Fred Thompson, Jr.<br>4415 Falls Ter. SE, Apt. 2<br>Washington, DC 20019-5072 | GAC Enterprises, LLC<br>3509 N Church St<br>Greensboro, NC 27405-3231 |
| GG Motorsports<br>1743 Myles Drive, Suite B<br>Harwood, MD 20776-9482 | GIULIANO LAW PC<br>ANTHONY GIULIANO ESQ<br>445 BROADHOLLOW ROAD, STE 25<br>MELVILLE, NY 11747-3645 | German I. Aguilar Martinez<br>4716 Cardinal Ave<br>Beltsville, MD 20705-2639 |
| Greenberg Traurig, LLP<br>54 State Street<br>6th Floor<br>Albany, NY 12207-2510 | Harbor Link<br>211 East Lombard Street, Suite 133<br>Baltimore, MD 21202-6102 | Harford County Law Department<br>220 S. Main Street<br>Bel Air, MD 21014-3820 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4325 | Hiru Padmakumara<br>841 E. Fort Avenue, #2009<br>Baltimore, MD 21230-5117 | Hiscox Insurance Company Inc.<br>30 N. LaSalle Street, Suite 1760<br>Chicago, IL 60602-2572 |
| ICBP IV Holdings 29, LLC<br>6101 Blair Road NW, Suite E<br>Washington, DC 20011-1401 | INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRS<br>PO Box 8208<br>Philadelphia, PA 19101-8208 |
| ITRIA VENTURES LLC<br>ONE PENN PLAZA<br>SUITE 4530<br>NEW YORK, NY 10119-4500 | Internal Revenue Service<br>400 North 8th St-Att: Valerie Riley<br>Box 78 M/S Rm 898<br>Richmond, VA 23219-4834 | Israel Leiva<br>45433 Gable Square<br>Sterling, VA 20164-5338 |

| | | |
|---|---|---|
| JAMERSON REAL ESTATE, INC.<br>1540 CONFEDERATE BLVD, STE B<br>APPOMATTOX, VA 24522-4103 | JJB DC, Inc.<br>c/o Lawrence A. Katz, Trustee<br>1676 International Drive, # 1350<br>Mc Lean, VA 22102-4940 | JJB DC, Inc.<br>c/o Lawrence A. Katz, Trustee<br>1676 International Drive, Suite 1350<br>Tysons, VA 22102-4940 |
| JamesJohnson<br>5 Morrison Dr.<br>Gaithersburg, MD 20878-4877 | Jeffrey R. Rosenthal, Esq.<br>Mandelbaum Barrett PC<br>3 Becker Farm Rd<br>Roseland, NJ 07068-1745 | Jeremy Friedberg, Esq.<br>Friedberg PC<br>10045 Red Run Blvd, # 160<br>Owings Mills, MD 21117-5905 |
| Jesus Garcia<br>5405 Decatur St.<br>Hyattsville, MD 20781-2638 | Jesus Reyes<br>6509 Hillwood Dr.<br>Riverdale, MD 20737-3030 | Jiwan Adhikari<br>301 Loganwood Ct<br>Joppa, MD 21085-3016 |
| Joes Elias Leiva<br>6005 38th Pl.<br>Hyattsville, MD 20782-3002 | John Deere Constr. & Forestry Co.<br>901 K Street, NW, Suite 900<br>Washington, DC 20001-6436 | John Ilko<br>600 Woodside Rd<br>York, PA 17406-2300 |
| (p)JOHNS HOPKINS HEALTH SYSTEM<br>3910 KESWICK ROAD<br>SUITE 3300<br>BALTIMORE MD 21211-2226 | Jorge Martinez, Jr.<br>8309 Tahona Dr.<br>Silver Spring, MD 20903-3228 | Jorge Portillo Nunez<br>8309 Tahona Dr.<br>Silver Spring, MD 20903-3228 |
| Jose Aguiluz Lazo<br>2000 F. St., NW, #419<br>Washington, DC 20006-4229 | Jose Ayala Alfaro<br>1106 Bear Lake Rd.<br>Apopka, FL 32703 | Jose Franco Morales<br>7000 24th Ave.<br>Hyattsville, MD 20783-2732 |
| Jose Pagan<br>1823 Staley Manor Dr.<br>Silver Spring, MD 20904-1564 | Jose Pedro Cerros-Abrego<br>1460 Irving St., NW<br>Apt. 202<br>Washington, DC 20010-2812 | Jose Rolando Mata<br>7301 Riggs Rd., Apt. 101<br>Hyattsville, MD 20783-4215 |
| Jose Umanzor Turcios<br>2000 f St., NW, #419<br>Washington, DC 20006-4229 | Joshua Boone<br>1404 Battery Ave., Apt 1<br>Baltimore, MD 21230-5083 | Judy Thorpe<br>7607 Elmcrest Rd<br>Hanover, MD 21076-1954 |
| Julio Aranda<br>8768 Kanawha Ct.<br>Lorton, VA 22079-3021 | Justin P. Fasano, Esquire<br>McNamee, Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770-1416 | KANSAS AVENUE DEVELOPMENT GROUP LLC<br>5101 WISCONSIN AVENUE NW<br>SUITE 200<br>WASHINGTON, DC 20016-4136 |
| Keys Energy Services<br>293 Sunset Key<br>Key West, FL 33040-8406 | Krista Johnson<br>5 Morrison Dr.<br>Gaithersburg, MD 20878-4877 | Kyle Assaley<br>328 3rd Avenue<br>Altoona, PA 16602-3804 |

| | | |
|---|---|---|
| LAW OFFICE OF FRANK J EMIG<br>PO BOX 15017<br>SILVER SPRING, MD 20914-5017 | LUIS DOVAL<br>8153 KRAMER COURT<br>Glen Burnie, MD 21061-5107 | Latin Cleaning Services LLC<br>1942 Cambridge Drive<br>Crofton, MD 21114-1908 |
| Lawrence Allen Katz<br>c/o Hirschler Fleischer PC<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | Leading Technology Solutions, Inc.<br>Law Office of Ronald S. Canter LLC<br>200A Monroe St., Suite 104<br>Rockville, MD 20850-4424 | Levin Gann PA<br>Aaron J. Turner<br>1 West Pennsylvania Ave. Suite 900<br>Towson, MD 21204-5076 |
| Lynchburg Ready Mix<br>Halsey rd<br>Lynchburg, VA 24506 | M&M Fleet Maintenance Service<br>5046 Buchanan Street<br>Hyattsville, MD 20781-2436 | M2 Lease Funds<br>175 Patrick Blvd. #140<br>Brookfield, WI 53045-5811 |
| (p)MARYLAND TRANSPORTATION AUTHORITY<br>2310 BROENING HIGHWAY<br>BALTIMORE MD 21224-6673 | MCNAMEE HOSEA<br>STEVEN GOLDBERT; GARTH BEALL<br>6404 IVY LANE, STE 820<br>GREENBELT, MD 20770-1416 | MORY CABLE LLC<br>410 CARROL AVE<br>Laurel, MD 20707-4221 |
| MRB Enterprise Inc.<br>7700 Old Branch Avenue<br>Suite B204<br>Clinton, MD 20735-1605 | (p)MARLIN BUSINESS CORPORATION<br>ATTN F/K/A MARLIN BUSINESS BANK<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-1727 | Marlin Capital Solutions<br>Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Marlon Reyes Pinto<br>6509 Hillwood Dr.<br>Riverdale, MD 20737-3030 | Martin Law Group, P.C.<br>Jeffery T. Martin<br>8065 Leesburg Pike, Suite 750<br>Vienna, VA 22182-2702 | Martinez, Adelaida Reyes<br>5709 Crestwood Pl<br>Riverdale, MD 20737-1309 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-5994 | Maryland Comptroller<br>301 W. Preston St.<br>Rm 801<br>Baltimore, MD 21201-2320 | Maryland Department Of Transportati<br>PO Box 1636<br>Baltimore, MD 21203-1636 |
| Maryland Dept of Assessments & Tax<br>110 Carroll St.<br>Annapolis, MD 21411-1000 | Matthew R. Duncan<br>75 E. Market Street<br>Akron, OH 44308-2010 | Maurice Electric Supply Company<br>PO Box 412485<br>Boston, MA 02241-2485 |
| Maynor Roblero<br>7004 Detroiter Pl.<br>Bryans Road, MD 20616-4235 | McFall & Berry Landscape Management<br>P.O. Box 741639<br>Atlanta, GA 30374-1639 | Meredith Boone<br>711 Applegate Road<br>Appomattox, VA 24522-9483 |
| Miguel Angel Ventura<br>4013 4th St., NW<br>Washington, DC 20011-4807 | Milani Construction LLC<br>2001 Martin Luther King Jr. Ave., S<br>Washington, DC 20020-7007 | Millennium Electrical Services, LLC<br>5502 Odell Road<br>Beltsville, MD 20705-1747 |

```
Monroe County Taxes              Montgomery County                NB+C Technical Services
PO Box 1129                      100 Maryland Avenue, 6th Floor   Attn Steve Weber - Legal
Key West, FL 33041-1129          Rockville, MD 20850-2367         6095 Marshalee Drive, Suite 300
                                                                  Elkridge, MD 21075-6084


NEWCO CAPITAL GROUP VI LLC       (p)NJ EZPASS                     National Industrial & Safety Supply
C/O ARIEL BOUSKILA, ESQ          ATTN ATTN NJ EZPASS/ JASMINE JENKINS   1318 Harrison Avenue
80 BROAD STREET, STE 3303        375 MCCARTER HIGHWAY             Top Floor
NEW YORK, NY 10004-2845          SUITE 200                        Olympia, WA 98502-5349
                                 NEWARK NJ 07114-2562


National Trench Safety           OLGA ZAPETA                      Omar Abarca Diaz
PO Box 51373                     6709 BRIARCLIFF DRIVE            5901 Gallatin St.
Los Angeles, CA 90051-5673       CLINTON, MD 20735-4002           Hyattsville, MD 20781-2924


Orkin                            Oscar Artiaga Huezo              Oscar Canales
4414 Lottsford Vista Rd          2703 Nicholson St., Apt. 203     13015 Evanston St.
Lanham, MD 20706-4818            Hyattsville, MD 20782-2824       Rockville, MD 20853-3028


Osmar Ortiz                      P. Flanigan and Sons, Inc.       (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
5020 Tuckerman St.               2444 Loch Raven Rd               3801 AUTOMATION WAY
Riverdale, MD 20737-1149         Baltimore, MD 21218-5491         STE 207
                                                                  FORT COLLINS CO 80525-5735


(p)PEPCO                         PRESS DOZIER & HAMELBURG, LLC    Parker Poe Adams & Bernstein LLP
LEGAL SERVICES                   KIMBERLY L BOYD ESQ              c/o Ashley A. Edwards
PEPCO HOLDINGS INC               7910 WOODMONT AVE., STE 1350     620 South Tryon Street, Suite 800
701 NINTH ST NW SUITE 1100       BETHESDA, MD 20814-7069          Charlotte, NC 28202-1842
WASHINGTON DC 20068-0001


Patricia Tracey                  Pegasus Paving, Inc.             Penny Jahnke
Reimbursement                    George M. Bohn                   2913 Preston Mill Rd.
658 Confederate Blvd             P.O. Box 101685                  Huddleston, VA 24104-3852
Appomattox, VA 24522-9243        Arlington, VA 22210-4685


Periodontal Health Associates    Pillsbury Winthrop Shaw Pittman LLP   Potts And Callahan Inc
525 Leesville Rd                 1200 Seventeenth St., NW         500 West 29th Street
Lynchburg, VA 24502-2328         Washington, DC 20036-3006        Baltimore, MD 21211-2992


Preston Morgan                   Prince George's County           Priority Construction Corporation
8150 Lakecrest Dr.               Treasury Department              Ana Ponce
Apt. 215                         14741 Governor Oden Bowie Dr.    1315 W. Hamburg Street
Greenbelt, MD 20770-3339         Upper Marlboro, MD 20772-3043    Baltimore, MD 21230-1914


RLIF East 4, LLC                 RailPros Field Services          Rand-S LLC EnhanceScapes
c/o Laura S. Bouyea, Venable LLP 1705 W Northwest Hwy #150        PO Box 40398
750 E. Pratt Street, Suite 900   Grapevine, TX 76051-8123         Raleigh, NC 27629-0398
Baltimore, MD 21202-3157
```

| | | |
|---|---|---|
| Raocore Technology, LLC<br>100 M St. SE,<br>Suite 600<br>Washington, DC 20003-3648 | Raocore Technology, LLC<br>c/o Jolene E Wee, Trustee<br>447 Broadway Street, Ste 502<br>New York, NY 10013-2562 | Raul Chacon Diaz<br>1607 Dexter St.<br>Takoma Park, MD 20912 |
| Raymond Odom<br>4220 Quailshire Court<br>Chesapeake, VA 23321-3197 | Raymond Odom Jr.<br>1020 Winterberry Lane<br>Orlando, FL 32811-7935 | ReAgg LLC<br>4714 Cremen Road<br>Temple Hills, MD 20748-1907 |
| RealTerm<br>201 West St<br>Annapolis, MD 21401-4654 | Regus Capitol Riverfront<br>100 M St., SE, Suite 600<br>Washington, DC 20003-3648 | Robert J. Kocis<br>4 Betty Rose Drive<br>Key West, FL 33040-5690 |
| Rudy Peralta Salinas<br>43830 Dodge Ter.<br>Apt. 202<br>Ashburn, VA 20147-4749 | SAMSON MCA LLC<br>17 STATE STREET<br>SUITE 630<br>NEW YORK, NY 10004-1749 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| SUNSET ISLAND HOMEOWNERS ASSOC<br>1000 MARKET STREET<br>BUILDING 1 SUITE 300<br>PORTSMOUTH, NH 03801-3358 | Safeware<br>PO Box 716320<br>Philadelphia, PA 19171-6320 | Sam Albert<br>1900 K St.,NW<br>Washington, WA 20006-1110 |
| Samson Funding LLC<br>c/o Giuliano Law PC<br>445 Broadhollow Rd. Suite 25<br>Melville, NY 11747-3645 | Sergio Reyes<br>1507 Paula Dr.<br>Silver Spring, MD 20903-2237 | Shepherd Electric Supply Baltimore<br>7401 Pulaski Highway<br>Rosedale, MD 21237-2529 |
| Soap Suggs Cleaning LLC<br>2422 Shadyside Avenue<br>Suitland, MD 20746-4821 | Southside electric cooperative<br>1712 w.Virginia ave<br>Crewe, VA 23930-1049 | State of Maryland<br>Dept of Assessments<br>301 W Preston St<br>Baltimore, MD 21201-2383 |
| State of Virgina<br>PO Box 27407<br>Richmond, VA 23261-7407 | Stearns Leasing<br>500 13TH ST<br>Albany, MN 56307-6401 | Sunbelt Rentals, Inc.<br>Adam C. Kish, Esq.<br>5790 Morland Drive North<br>Adamstown, MD 21710-9444 |
| Suyapa Guzman Mata<br>907 Eastern Ave.<br>Capitol Heights, MD 20743-1305 | TRL Rents, LLC<br>4884 CORPORATE STREET SW<br>Canton, OH 44706-1907 | The Burns Law Firm, LLC<br>John D. Burns<br>6305 Ivy Lane, suite 340<br>Greenbelt, MD 20770-1433 |
| The LaSource Group<br>In c/o M-L Utilities Case: 557465<br>PO Box 422<br>North East, PA 16428-0422 | Thushara W. Withanage Rodrigo<br>242 Canfield Ter.<br>Frederick, MD 21702-8712 | Tiger Fuel Company<br>PO Box 1607<br>Charlottesville, VA 22902-1607 |

| | | |
|---|---|---|
| Tough Goals Marketing<br>1495 Key Parkway<br>Frederick, MD 21702-3745 | Town of Cary<br>Collections Division<br>PO Box 8049<br>Cary, NC 27512-8049 | Town of Elkton<br>Elkton Municipal Building<br>173 W. Spotswood Avenue<br>Elkton, VA 22827-1118 |
| Town of La Plata<br>305 Queen Anne Street<br>PO Box 2268<br>La Plata, MD 20646-2268 | Town of Leesburg<br>25 West Market Street<br>Leesburg, VA 20176-2901 | Town of Princess Anne Portion<br>50489 BROAD ST<br>Princess Anne, MD 21853 |
| Truist Bank<br>Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | U.S. Small Business Administration<br>409 3rd Street SW, 2nd Floor<br>Washington, DC 20416-0005 | US Attorney for the District of MD<br>36 S CHARLES STREET FOURTH FLOOR<br>Baltimore, MD 21201-3020 |
| US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | USTrustee<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, VA 24011-1620 | United Health Care<br>PO Box 740800<br>Atlanta, GA 30374-0800 |
| United Rentals (North America) Inc.<br>PO Box 100701<br>Atlanta, GA 30384-0711 | University of Virginia Hospital<br>PO Box 2093<br>Memphis, TN 38101-2093 | VINCENT J ROLDAN ESQ<br>MANDELBAUM BARRET PC<br>3 BECKER FARM ROAD, STE 105<br>ROSELAND, NJ 07068-1726 |
| Vanessa Odom<br>4220 Quailshire Ct.<br>Chesapeake, VA 23321-3197 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Verizon Communications<br>c/o CMR Claims Dept<br>PO Box 60553<br>Oklahoma City, OK 73146-0553 |
| Verizon Wireless<br>PO BOX 16801<br>Newark, NJ 07101-6801 | Virginia Dept of Transportation<br>PO BOX 1234<br>Clifton Forge, VA 24422-0724 | Virginia Office of Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219-3402 |
| WM Enterprise LLC<br>11720 Beltsville Dr. Ste 160<br>Beltsville, MD 20705-3166 | Washington Air Compressor<br>PO Box 5450<br>White Plains, NY 10602-5450 | Washington Gas Light Company<br>PO Box 57000<br>Springfield, VA 22150-7000 |
| Waste Management<br>P.O.Box 13648<br>Philadelphia, PA 19101-3648 | Western District of Virginia<br>US Attorney's Office<br>P.O. Box 1709<br>Roanoke, VA 24008-1709 | White Oak Commercial Finance LLC<br>1155 Avenue of the Americas, FL 15<br>New York, NY 10036-2711 |
| Wilmer Varela<br>1507 Paula Dr.<br>Silver Spring, MD 20903-2237 | Woodall & Lang, Inc<br>PO Box 864<br>Lynchburg, VA 24505-0864 | Xfinity<br>293 sunset key<br>Key west, FL 33040-8406 |

| | | |
|---|---|---|
| ZIPIN AMSTER & GREENBERG LLC<br>T BRUCE GODFREY ESQ<br>8757 GEORGIA AVE, STE 400<br>SILVER SPRING, MD 20910-3738 | Zemanian Law Group<br>c/o Paul A. Driscoll<br>223 East City Hall Ave, Suite 201<br>Norfolk, VA 23510-1700 | B. Webb King<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, VA 24011-1620 |
| Bruce Stuart Boone Sr<br>711 Applegate Rd<br>Appomattox, VA 24522-9483 | Christopher S Moffitt<br>218 North Lee Street<br>3rd Floor<br>Alexandria, VA 22314-2631 | Christopher Stuart Moffitt<br>218 North Lee Street<br>3rd Floor<br>Alexandria, VA 22314-2631 |
| Lawrence Allen Katz<br>Hirschler Fleischer PC<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capitol Paving of D.C., Inc.<br>2211 Channing Street, NE<br>Washington, DC 20018-2127 | DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPt<br>PO BOX 6600<br>Johnston, IA 50131-6600 | Herc Rentals, Inc.<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FL<br>Bonita Springs, FL 34134-4325 |
| Johns Hopkins Medicine<br>PO Box 417714<br>Boston, MA 02241 | MARYLAND TRANSPORTATION AUTHORITY<br>2310 BROENING HIGHWAY<br>Baltimore, MD 21224-6673 | Marlin Business Corporation<br>300 Fellowship<br>Mount Laurel, NJ 08054-1727 |
| (d)Marlin Business Corporation fka Marlin Bus<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | NJ EZPASS<br>ATTN  JASMINE JENKIN<br>375 MCCARTER HIGHWAY Suite 200<br>Newark, NJ 07114-2562 | PAWNEE LEASING CORPORATION<br>ATTN  SANDI CARR<br>3801 AUTOMATION WAY STE 207<br>Fort Collins, CO 80525-5735 |
| PEPCO HOLDINGS INC<br>LEGAL SERVICES<br>701 NINTH ST NW SUITE 1100<br>Washington, DC 20068-0001 | STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>Saint Cloud, MN 56301-3761 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)White Oak Commercial Finance, LLC | (u)Laksiri Karunaratne<br>Reimbursement<br>NY 13427 | (d)WM Enterprise, LLC<br>11720 Beltsville Drive, Suite 160<br>Beltsville, MD 20705-3166 |

```
(d)White Oak Commercial Finance, LLC      (d)White Oak Commercial Finance, LLC      (d)Meredith Boone
1155 Avenue of the Americas               1155 Avenue of the Americas               711 Applegate Rd
FL 15                                     Floor 15                                  Appomattox, VA 24522-9483
New York, NY 10036-2711                   New York, NY 10036-2711


End of Label Matrix
Mailable recipients   276
Bypassed recipients     6
Total                 282
```