IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BRUCE STUART BOONE, SR | ) Case # 24-60405-RBC |
| MEREDITH BOONE, | ) |
| | )     (Chapter 11) |
| Debtors | ) |
| _____ | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on the Motion set out below will be held on July 18, 2024, at 11:00 a.m. before the Honorable Rebecca B. Connolly via Zoom for Government using the following information: Meeting ID: 160 369 2643; URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643.

**If you do not want the Court to grant the relief requested in the motion, then, pursuant to Local Rule 9013-1, you must file a response 7 days before the hearing date. Absent a timely filed response, a proposed order will be tendered to the Court granting the relief requested in the motion and the Court may treat the motion as conceded and enter the proposed order without the necessity of holding a hearing.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

**MOTION OF DEBTORS' COUNSEL TO PERMIT TERMINATION OF REPRESENTATION**

COMES NOW counsel for Debtors, Christopher S. Moffitt, and respectfully moves this Honorable Court for an order authorizing counsel's termination of representation and providing Debtors with a reasonable time to appoint replacement counsel. As reasons for his motion, counsel states as follows:

1. Certain aspects of counsel's post-petition representation involve risks that were not known by counsel at the time of his retention.

1

2. He has discovered post-petition that representation of Debtors in this matter would result in an unreasonable financial burden on the lawyer.

3. His continued representation of the Debtor would likely involve a conflict of interest.

4. He now knows, at age seventy-seven, that the physical demands of his continued representation in this case may constitute a burden on his health.

5. By all indications, Counsel's primary duties as the case moves forward will involve work that is outside the scope of services set forth in the Debtors' and Counsel's engagement agreement.

6. The above cited items constitute "cause" for withdrawal under the Rules of this Court, and the clients have had prior notice of counsel's intent to file this motion.

7. Counsel is not a member of the Bar of the DC Bankruptcy Court; accordingly, should this Court grant the pending motion to transfer venue to that Court, counsel would not be qualified to appear in this case.

8. The court's providing Debtors with reasonable time to find replacement counsel would greatly minimize prejudice to the Debtor.

WHEREFORE, for the reasons set forth above, Debtor respectfully requests that the Court enter an order authorizing counsel's withdrawal from the case and provide such other and further relief as the court deems appropriate.

MEMORANDUM OF POINTS AND AUTHORITIES

1. Local Rule 2091-1.

2. RPC-1.16.

/s/ Christopher S. Moffitt
Christopher S. Moffitt #18195
218 North Lee Street
Alexandria, Virginia  22314
703/ 683-0075
*Counsel for Debtor*

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing corrected motion and notice was electronically filed on June 17, 2024, with the United States Bankruptcy Court. That filing caused copies of this Motion to be transmitted through the Court's CM/ECF system to all parties designated to receive same. In addition, copies of this motion were mailed by first class mail to each Debtor at his/her address on file in this case and to all the creditors listed on the mailing matrix filed in this case.

/s/Christopher S. Moffitt

```
Label Matrix for local noticing          US Bankruptcy Court                     AAA Quality Stripping Co.
0423-6                                   Lynchburg Division                      PO BOX 1759
Case 24-60405                            1101 Court St, Room 166                 Woodbridge, VA 22195-1759
Western District of Virginia             Lynchburg, VA 24504-4597
Lynchburg
Mon Jun 17 14:24:36 EDT 2024

AG Utility Construction Inc              AMERICAN EXPRESS                        ARTEMIO RIVERA
2205 Pointers Glen Way                   P.O. BOX 981535                         6709 BRIARCLIFF DRIVE
Wendell, NC 27591-9163                   El Paso, TX 79998-1535                  CLINTON, MD 20735-4002


Aaron Neal, Esq.                         Absolute Recycling Contractors          Adam Cohen, Registered Agen
6404 Ivy Lane                            PO Box 77077                            323 Sunny Isles Blvd, Suite 501
Suite 820                                Greensboro, NC 27417-7077               North Miami Beach, FL 33160-4675
Greenbelt, MD 20770-1416


Al Asher and Sons, Inc.                  Alarcon, Bryan Urrutia                  Alexander Chavez
5301 VALLEY BLVD                         5627 Duchaine Dr.                       4716 Cardinal Ave.
Los Angeles, CA 90032-3930               Lanham, MD 20706-4119                   Beltsville, MD 20705-2639


Alfred Enterprise, LLC                   Alliant Group                           Alvaro Geuvara Reyes
10204 Ackerly Terr.                      3009 Post Oak Blvd. Suite 2000          6509 Hillwood Dr
Lanham, MD 20706-2354                    Houston, TX 77056-6599                  Riverdale, MD 20737-3030


American Express National Bank           American Express Travel Related Ser    Angel Antonio Rodriguez
c/o Becket and Lee LLP                   c/o Zwicker and Associates, P.C.        339 Crittenden St., NW
PO Box 3001                              P.O. Box 9043                           Washington, DC 20011-4765
Malvern, PA 19355-0701                   Andover, MA 01810-0943


Angel Mejia Gomez                        Angelica Smith Fernandez                Appomattox County
6511 Medwick Dr.                         1400 Hampshire West Ct.                 PO Box 689
Hyattsville, MD 20783-5021               Apt. 9                                  Appomattox, VA 24522-0689
                                         Silver Spring, MD 20903-2514


Aqua CleanPool&Spa Service               Arlington County Treasurer              Arlyn Huezo
2428 Linda Ave                           Ellen M. Bozman Government Center       7301 Riggs Rd., Apt. 101
Key West, FL 33040-5100                  2100 Clarendon Blvd.                    Hyattsville, MD 20783-4215
                                         Arlington, VA 22201-5447


Axel Sarceno Ramirez                     B&B Signal Company, LLC                 Barbara Stroble
3222 Power Mill Rd.                      12051 Tac Court                         1935 Running Brook Dr.
Hyattsville, MD 20783-1037               Manassas, VA 20109-7901                 Westminster, MD 21158-2709


BlueStar Technologies, INC.              Bobs Overhead Door Repair Serv. Inc    Brayan Sepulveda
c/o Bryce Ziskind, Esq.                  100 Eyring Ave, Ste 1                   455 N Armistead St., Apt 8
102 W. Pennsylvania Ave., Suite 600      Essex, MD 21221-3634                    Alexandria, VA 22312-3454
Towson, MD 21204-4510
```

Brian Moreno Reyes
7330 Wye Ave.
Jessup, MD 20794-9459

Bryan Paving, LLC
8125 Hard Shale Road
Manassas, VA 20111-5241

C&C Fencing Inc.
1105 Oak Avenue
Joppa, MD 21085-3908

CC-AL Investments LLC
PO Box 5528
High Point, NC 27262-5528

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
Baltimore, MD 21201-2383

Canhelco
111 Kingsley Rd SW
Vienna, VA 22180-6504

Capital Assist, LLC
c/o Isaac H Greenfield, Esq.
323 Sunny Isles Blvd. Suite 503
Miami Beach, FL 33154

(p)CAPITOL PAVING OF D C   INC
2211 CHANNING STREET NE
WASHINGTON DC 20018-2127

Carload Express
519 Cedar Way, Bldg. 1
Suite 100
Oakmont, PA 15139-2010

Carlos Beltran Huezo
4405 68th Pl.
Hyattsville, MD 20784-2002

Carter Machinery Company Inc.
P.O. Box 751053
Charlotte, NC 28275-1053

Cecilia Velis Cruz
5414 Kenilworth Ter.
Apt. 1
Riverdale, MD 20737-3130

Centra Heath
PO Box 820242
Philadelphia, PA 19182-0242

Charles County MD - Treasury Dept.
200 Baltimore Street
PO Box 2607
La Plata, MD 20646-2607

Charles Gregory
5254 Florida Holly Dr.
Orlando, FL 32811-7928

Christian Torrez Aranda
8768 Kanawho Ct.
Lorton, VA 22079-3021

Christopher A. Jones
WHITEFORD, TAYLOR & PRESTON
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4558

Cintas
1769 Brightseat Road
Hyattsville, MD 20785-3767

City of Annapolis
160 Duke of Gloucester Street
Annapolis, MD 21401-2517

City of Bowie
15901 Fred Robinson Way
Bowie, MD 20716-2266

City of Durham
101 City Hall Plaza
Durham, NC 27701-3328

City of Greenbelt
25 Crescent Road
Greenbelt, MD 20770-1891

City of Winchester
Rouss City Hall
15 North Cameron Street
Winchester, VA 22601-6082

Cole Schotz P.C.
Irving E. Walker, Esquire
1201 Wills Street, Suite 320
Baltimore, MD 21231-3823

Colonial Electric Supply, Inc.
PO Box 414564
Boston, MA 02241-4564

Comcast Cable Corporation
ATTN: Cost Recovery, Suba Roberts
PO Box 6505
Chelmsford, MA 01824-0905

Commonwealth of Virginia
Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

Concentra
Occupational Hlth Ctrs of the South
PO Box 18277
Halethorpe, MD 21227-0277

Concrete Now
5015 Cook Road
Beltsville, MD 20705-2002

Congratulations Construction Inc.
4101 Taunton Drive
Beltsville, MD 20705-2857

| | | |
|---|---|---|
| Construction Credit & Finance Group<br>9160 Forum Corp Parkway<br>Fort Myers, FL 33905-7805 | ConstruXion LLC<br>6101 Blair Road, NW<br>Suite E<br>Washington, DC 20011-1401 | Cooley LLP<br>Attn: Erin F. Ramana, Esq.<br>11951 Freedom Drive, Suite 1400<br>Reston, VA 20190-5659 |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | County of Appomattox<br>Appomattox County Treasurer<br>329A Court St PO BOX 689<br>Appomattox, VA 24522-0689 | County of Fairfax<br>Department of Tax Administration<br>PO Box 10201<br>Fairfax, VA 22035-0201 |
| Cruz Ayala Lara<br>14201 Layhill Rd.<br>Silver Spring, MD 20906-2018 | Custom Truck One Source<br>P.O.Box 773385<br>Chicago, IL 60677-3385 | DC Materials<br>11727 Daisy Lane<br>Glenn Dale, MD 20769-9008 |
| DC Materials Inc.<br>3334 Kenilworth Avenue<br>Hyattsville, MD 20781-1011 | DC Office of Tax & Revenue<br>1101 4th St., SW<br>Washington, DC 20024-4457 | DC Office of Tax & Revenue<br>DC Treasurer<br>PO Box 96384<br>Washington, DC 20090-6384 |
| DC Office of Tax & Revenue<br>PO BOX 37559<br>Washington, DC 20013-7559 | DC Office of Tax & Revenue<br>PO BOX 75520<br>Washington, DC 20013-0520 | DC Office of the Attorney General<br>400 6th St., NW<br>Washington, DC 20001-0189 |
| DC Office of the Attorney General<br>441 4th Street NW, Suite 600-S<br>Washington, DC 20001-2714 | (p)DEERE CREDIT SERVICES   INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | DHill Professional Services LLC<br>David A. Hill, Esquire<br>14605 Silverstone Drive<br>Silver Spring, MD 20905-7418 |
| Daniel Carvainis<br>611 N MacDill Ave<br>Tampa, FL 33609-1529 | Danny Rago<br>PO Box 116<br>Appomattox, VA 24522-0116 | Davis, Agnor, Rapaport & Skalny, LL<br>11000 Broken Land Pkwy. Suite 600<br>Columbia, MD 21044-3534 |
| DeLeon & Stang CPAs and Advisors<br>150 S East St., Ste 103<br>Frederick, MD 21701-6175 | District Concrete LLC<br>15722 CRABBS BRANCH WAY #2D<br>Derwood, MD 20855-2782 | District of Columbia<br>US Attorney<br>555 Fourth St., NW<br>Washington, DC 20001-2733 |
| Dixia Velasquez Canales<br>3420 Julep Dr., Apt. 102<br>Alexandria, VA 22306-3801 | Do keys aqueduct authority<br>293 Sunset Key<br>Key West, FL 33040-8406 | Dorchester County Public Works<br>5435 Handley Road<br>Cambridge, MD 21613-3456 |
| Doug and Myriam Haslinger<br>776 Hametown Rd<br>Akron, OH 44333-1422 | Dragonfly, Inc.<br>d/b/a 95 Traffic Safety Supply<br>9011 E Hampton Drive<br>Capitol Heights, MD 20743-3808 | Duban Espinoza Mancia<br>6005 38th Pl.<br>Hyattsville, MD 20782-3002 |

| | | |
|---|---|---|
| Dulles Greenway<br>22375 BRODERICK DRIVE SUITE 260<br>Sterling, VA 20166-9348 | EBF Holdings, LLC<br>D/B/A Everest Business Funding<br>400 East Pratt Street, Ste 900<br>Baltimore, MD 21202-3127 | EBF Holdings, LLC<br>d/b/a Everest Business Funding<br>8200 NW 52nd Terrace, Suite 200<br>Miami, FL 33166-7852 |
| EMC2<br>10110 Molecular Drive Suite 314<br>Rockville, MD 20850-7543 | EMT Holdings, LLC<br>403 Kornblau Terrace Southeast<br>Leesburg, VA 20175-3774 | Elmer Reyes<br>12403 Downer Dr.<br>Silver Spring, MD 20906-4414 |
| Erie Insurance<br>100 ERIE INSURANCE PLACE<br>Erie, PA 16530-9000 | FUNDONATIC<br>20200 W DIXIE HIGHWAY<br>STE 908<br>MIAMI, FL 33180-1926 | FUNDONATIC<br>3323 NE 163RD ST., S<br>NORTH MIAMI BEACH, FL 33160-5596 |
| Fairfax Water<br>8570 Executive Park Avenue<br>Fairfax, VA 22031-2633 | Farm Bureau<br>PO BOX 85098<br>Richmond, VA 23285-5098 | Financial Pacific Leasing, Inc.<br>PO BOX 848779<br>Los Angeles, CA 90084-8779 |
| Fort Myer Construction Corporation<br>2237 - 33rd St., NE<br>Washington, DC 20018-1594 | Fred Thompson, Jr.<br>4415 Falls Ter. SE, Apt. 2<br>Washington, DC 20019-5072 | GAC Enterprises, LLC<br>3509 N Church St<br>Greensboro, NC 27405-3231 |
| GG Motorsports<br>1743 Myles Drive, Suite B<br>Harwood, MD 20776-9482 | GIULIANO LAW PC<br>ANTHONY GIULIANO ESQ<br>445 BROADHOLLOW ROAD, STE 25<br>MELVILLE, NY 11747-3645 | German I. Aguilar Martinez<br>4716 Cardinal Ave<br>Beltsville, MD 20705-2639 |
| Greenberg Traurig, LLP<br>54 State Street<br>6th Floor<br>Albany, NY 12207-2510 | Harbor Link<br>211 East Lombard Street, Suite 133<br>Baltimore, MD 21202-6102 | Harford County Law Department<br>220 S. Main Street<br>Bel Air, MD 21014-3820 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4325 | Hiru Padmakumara<br>841 E. Fort Avenue, #2009<br>Baltimore, MD 21230-5117 | Hiscox Insurance Company Inc.<br>30 N. LaSalle Street, Suite 1760<br>Chicago, IL 60602-2572 |
| ICBP IV Holdings 29, LLC<br>6101 Blair Road NW, Suite E<br>Washington, DC 20011-1401 | INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRS<br>PO Box 8208<br>Philadelphia, PA 19101-8208 |
| ITRIA VENTURES LLC<br>ONE PENN PLAZA<br>SUITE 4530<br>NEW YORK, NY 10119-4500 | Internal Revenue Service<br>400 North 8th St-Att: Valerie Riley<br>Box 78 M/S Rm 898<br>Richmond, VA 23219-4834 | Israel Leiva<br>45433 Gable Square<br>Sterling, VA 20164-5338 |

| | | |
|---|---|---|
| JAMERSON REAL ESTATE, INC.<br>1540 CONFEDERATE BLVD, STE B<br>APPOMATTOX, VA 24522-4103 | JJB DC LLC<br>c/o Lawrence A. Katz, Trustee<br>1676 International Drive, # 1350<br>Mc Lean, VA 22102-4940 | JJB DC, Inc.<br>c/o Lawrence A. Katz, Trustee<br>1676 International Drive, Suite 1350<br>Tysons, VA 22102-4940 |
| JamesJohnson<br>5 Morrison Dr.<br>Gaithersburg, MD 20878-4877 | Jeffrey R. Rosenthal, Esq.<br>Mandelbaum Barrett PC<br>3 Becker Farm Rd<br>Roseland, NJ 07068-1745 | Jeremy Friedberg, Esq.<br>Friedberg PC<br>10045 Red Run Blvd, # 160<br>Owings Mills, MD 21117-5905 |
| Jesus Garcia<br>5405 Decatur St.<br>Hyattsville, MD 20781-2638 | Jesus Reyes<br>6509 Hillwood Dr.<br>Riverdale, MD 20737-3030 | Jiwan Adhikari<br>301 Loganwood Ct<br>Joppa, MD 21085-3016 |
| Joes Elias Leiva<br>6005 38th Pl.<br>Hyattsville, MD 20782-3002 | John Deere Constr. & Forestry Co.<br>901 K Street, NW, Suite 900<br>Washington, DC 20001-6436 | John Ilko<br>600 Woodside Rd<br>York, PA 17406-2300 |
| (p)JOHNS HOPKINS HEALTH SYSTEM<br>3910 KESWICK ROAD<br>SUITE 3300<br>BALTIMORE MD 21211-2226 | Jorge Martinez, Jr.<br>8309 Tahona Dr.<br>Silver Spring, MD 20903-3228 | Jorge Portillo Nunez<br>8309 Tahona Dr.<br>Silver Spring, MD 20903-3228 |
| Jose Aguiluz Lazo<br>2000 F. St., NW, #419<br>Washington, DC 20006-4229 | Jose Ayala Alfaro<br>1106 Bear Lake Rd.<br>Apopka, FL 32703 | Jose Franco Morales<br>7000 24th Ave.<br>Hyattsville, MD 20783-2732 |
| Jose Pagan<br>1823 Staley Manor Dr.<br>Silver Spring, MD 20904-1564 | Jose Pedro Cerros-Abrego<br>1460 Irving St., NW<br>Apt. 202<br>Washington, DC 20010-2812 | Jose Rolando Mata<br>7301 Riggs Rd., Apt. 101<br>Hyattsville, MD 20783-4215 |
| Jose Umanzor Turcios<br>2000 f St., NW, #419<br>Washington, DC 20006-4229 | Joshua Boone<br>1404 Battery Ave., Apt 1<br>Baltimore, MD 21230-5083 | Judy Thorpe<br>7607 Elmcrest Rd<br>Hanover, MD 21076-1954 |
| Julio Aranda<br>8768 Kanawha Ct.<br>Lorton, VA 22079-3021 | Justin P. Fasano, Esquire<br>McNamee, Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770-1416 | KANSAS AVENUE DEVELOPMENT GROUP LLC<br>5101 WISCONSIN AVENUE NW<br>SUITE 200<br>WASHINGTON, DC 20016-4136 |
| Keys Energy Services<br>293 Sunset Key<br>Key West, FL 33040-8406 | Krista Johnson<br>5 Morrison Dr.<br>Gaithersburg, MD 20878-4877 | Kyle Assaley<br>328 3rd Avenue<br>Altoona, PA 16602-3804 |

LAW OFFICE OF FRANK J EMIG
PO BOX 15017
SILVER SPRING, MD 20914-5017

LUIS Dover
8153 KRAMER COURT
Glen Burnie, MD 21061-5107

Latin Cleaning Services LLC
1942 Cambridge Drive
Crofton, MD 21114-1908

Lawrence Allen Katz
c/o Hirschler Fleischer PC
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

Leading Technology Solutions, Inc.
Law Office of Ronald S. Canter LLC
200A Monroe St., Suite 104
Rockville, MD 20850-4424

Levin Gann PA
Aaron J. Turner
1 West Pennsylvania Ave. Suite 900
Towson, MD 21204-5076

Lynchburg Ready Mix
Halsey rd
Lynchburg, VA 24506

M&M Fleet Maintenance Service
5046 Buchanan Street
Hyattsville, MD 20781-2436

M2 Lease Funds
175 Patrick Blvd. #140
Brookfield, WI 53045-5811

(p)MARYLAND TRANSPORTATION AUTHORITY
2310 BROENING HIGHWAY
BALTIMORE MD 21224-6673

MCNAMEE HOSEA
STEVEN GOLDBERT; GARTH BEALL
6404 IVY LANE, STE 820
GREENBELT, MD 20770-1416

MORY CABLE LLC
410 CARROL AVE
Laurel, MD 20707-4221

MRB Enterprise Inc.
7700 Old Branch Avenue
Suite B204
Clinton, MD 20735-1605

(p)MARLIN BUSINESS CORPORATION
ATTN F/K/A MARLIN BUSINESS BANK
300 FELLOWSHIP ROAD
MOUNT LAUREL NJ 08054-1727

Marlin Capital Solutions
Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Marlon Reyes Pinto
6509 Hillwood Dr.
Riverdale, MD 20737-3030

Martin Law Group, P.C.
Jeffery T. Martin
8065 Leesburg Pike, Suite 750
Vienna, VA 22182-2702

Martinez, Adelaida Reyes
5709 Crestwood Pl
Riverdale, MD 20737-1309

Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202-5994

Maryland Comptroller
301 W. Preston St.
Rm 801
Baltimore, MD 21201-2320

Maryland Department Of Transportati
PO Box 1636
Baltimore, MD 21203-1636

Maryland Dept of Assessments & Tax
110 Carroll St.
Annapolis, MD 21411-1000

Matthew R. Duncan
75 E. Market Street
Akron, OH 44308-2010

Maurice Electric Supply Company
PO Box 412485
Boston, MA 02241-2485

Maynor Roblero
7004 Detroiter Pl.
Bryans Road, MD 20616-4235

McFall & Berry Landscape Management
P.O. Box 741639
Atlanta, GA 30374-1639

Meredith Boone
711 Applegate Road
Appomattox, VA 24522-9483

Miguel Angel Ventura
4013 4th St., NW
Washington, DC 20011-4807

Milani Construction LLC
2001 Martin Luther King Jr. Ave., S
Washington, DC 20020-7007

Millennium Electrical Services, LLC
5502 Odell Road
Beltsville, MD 20705-1747

```
Monroe County Taxes              Montgomery County              NB+C Technical Services
PO Box 1129                      100 Maryland Avenue, 6th Floor Attn Steve Weber - Legal
Key West, FL 33041-1129          Rockville, MD 20850-2367       6095 Marshalee Drive, Suite 300
                                                                Elkridge, MD 21075-6084


NEWCO CAPITAL GROUP VI LLC       (p)NJ EZPASS                   National Industrial & Safety Supply
C/O ARIEL BOUSKILA, ESQ          ATTN ATTN NJ EZPASS/ JASMINE JENKINS  1318 Harrison Avenue
80 BROAD STREET, STE 3303        375 MCCARTER HIGHWAY           Top Floor
NEW YORK, NY 10004-2845          SUITE 200                      Olympia, WA 98502-5349
                                 NEWARK NJ 07114-2562


National Trench Safety           OLGA ZAPETA                    Omar Abarca Diaz
PO Box 51373                     6709 BRIARCLIFF DRIVE          5901 Gallatin St.
Los Angeles, CA 90051-5673       CLINTON, MD 20735-4002         Hyattsville, MD 20781-2924


Orkin                            Oscar Artiaga Huezo            Oscar Canales
4414 Lottsford Vista Rd          2703 Nicholson St., Apt. 203   13015 Evanston St.
Lanham, MD 20706-4818            Hyattsville, MD 20782-2824     Rockville, MD 20853-3028


Osmar Ortiz                      P. Flanigan and Sons, Inc.     (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
5020 Tuckerman St.               2444 Loch Raven Rd             3801 AUTOMATION WAY
Riverdale, MD 20737-1149         Baltimore, MD 21218-5491       STE 207
                                                                FORT COLLINS CO 80525-5735


(p)PEPCO                         PRESS DOZIER & HAMELBURG, LLC  Parker Poe Adams & Bernstein LLP
LEGAL SERVICES                   KIMBERLY L BOYD ESQ            c/o Ashley A. Edwards
PEPCO HOLDINGS INC               7910 WOODMONT AVE., STE 1350   620 South Tryon Street, Suite 800
701 NINTH ST NW SUITE 1100       BETHESDA, MD 20814-7069        Charlotte, NC 28202-1842
WASHINGTON DC 20068-0001


Patricia Tracey                  Pegasus Paving, Inc.           Penny Jahnke
Reimbursement                    George M. Bohn                 2913 Preston Mill Rd.
658 Confederate Blvd             P.O. Box 101685                Huddleston, VA 24104-3852
Appomattox, VA 24522-9243        Arlington, VA 22210-4685


Periodontal Health Associates    Pillsbury Winthrop Shaw Pittman LLP  Potts And Callahan Inc
525 Leesville Rd                 1200 Seventeenth St., NW       500 West 29th Street
Lynchburg, VA 24502-2328         Washington, DC 20036-3006      Baltimore, MD 21211-2992


Preston Morgan                   Prince George's County         Priority Construction Corporation
8150 Lakecrest Dr.               Treasury Department            Ana Ponce
Apt. 215                         14741 Governor Oden Bowie Dr.  1315 W. Hamburg Street
Greenbelt, MD 20770-3339         Upper Marlboro, MD 20772-3043  Baltimore, MD 21230-1914


RLIF East 4, LLC                 RailPros Field Services        Rand-S LLC EnhanceScapes
c/o Laura S. Bouyea, Venable LLP 1705 W Northwest Hwy #150      PO Box 40398
750 E. Pratt Street, Suite 900   Grapevine, TX 76051-8123       Raleigh, NC 27629-0398
Baltimore, MD 21202-3157
```

| | | |
|---|---|---|
| Raocore Technology, LLC<br>100 M St. SE,<br>Suite 600<br>Washington, DC 20003-3648 | Raocore Technology, LLC<br>c/o Jolene E Wee, Trustee<br>447 Broadway Street, Ste 502<br>New York, NY 10013-2562 | Raul Chacon Diaz<br>1607 Dexter St.<br>Takoma Park, MD 20912 |
| Raymond Odom<br>4220 Quailshire Court<br>Chesapeake, VA 23321-3197 | Raymond Odom Jr.<br>1020 Winterberry Lane<br>Orlando, FL 32811-7935 | ReAgg LLC<br>4714 Cremen Road<br>Temple Hills, MD 20748-1907 |
| RealTerm<br>201 West St<br>Annapolis, MD 21401-4654 | Regus Capitol Riverfront<br>100 M St., SE, Suite 600<br>Washington, DC 20003-3648 | Robert J. Kocis<br>4 Betty Rose Drive<br>Key West, FL 33040-5690 |
| Rudy Peralta Salinas<br>43830 Dodge Ter.<br>Apt. 202<br>Ashburn, VA 20147-4749 | SAMSON MCA LLC<br>17 STATE STREET<br>SUITE 630<br>NEW YORK, NY 10004-1749 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| SUNSET ISLAND HOMEOWNERS ASSOC<br>1000 MARKET STREET<br>BUILDING 1 SUITE 300<br>PORTSMOUTH, NH 03801-3358 | Safeware<br>PO Box 716320<br>Philadelphia, PA 19171-6320 | Sam Albert<br>1900 K St.,NW<br>Washington, WA 20006-1110 |
| Samson Funding LLC<br>c/o Giuliano Law PC<br>445 Broadhollow Rd. Suite 25<br>Melville, NY 11747-3645 | Sergio Reyes<br>1507 Paula Dr.<br>Silver Spring, MD 20903-2237 | Shepherd Electric Supply Baltimore<br>7401 Pulaski Highway<br>Rosedale, MD 21237-2529 |
| Soap Suggs Cleaning LLC<br>2422 Shadyside Avenue<br>Suitland, MD 20746-4821 | Southside electric cooperative<br>1712 w.Virginia ave<br>Crewe, VA 23930-1049 | State of Maryland<br>Dept of Assessments<br>301 W Preston St<br>Baltimore, MD 21201-2383 |
| State of Virgina<br>PO Box 27407<br>Richmond, VA 23261-7407 | Stearns Leasing<br>500 13TH ST<br>Albany, MN 56307-6401 | Sunbelt Rentals, Inc.<br>Adam C. Kish, Esq.<br>5790 Morland Drive North<br>Adamstown, MD 21710-9444 |
| Suyapa Guzman Mata<br>907 Eastern Ave.<br>Capitol Heights, MD 20743-1305 | TRL Rents, LLC<br>4884 CORPORATE STREET SW<br>Canton, OH 44706-1907 | The Burns Law Firm, LLC<br>John D. Burns<br>6305 Ivy Lane, suite 340<br>Greenbelt, MD 20770-1433 |
| The LaSource Group<br>In c/o M-L Utilities Case: 557465<br>PO Box 422<br>North East, PA 16428-0422 | Thushara W. Withanage Rodrigo<br>242 Canfield Ter.<br>Frederick, MD 21702-8712 | Tiger Fuel Company<br>PO Box 1607<br>Charlottesville, VA 22902-1607 |

| | | |
|---|---|---|
| Tough Goals Marketing<br>1495 Key Parkway<br>Frederick, MD 21702-3745 | Town of Cary<br>Collections Division<br>PO Box 8049<br>Cary, NC 27512-8049 | Town of Elkton<br>Elkton Municipal Building<br>173 W. Spotswood Avenue<br>Elkton, VA 22827-1118 |
| Town of La Plata<br>305 Queen Anne Street<br>PO Box 2268<br>La Plata, MD 20646-2268 | Town of Leesburg<br>25 West Market Street<br>Leesburg, VA 20176-2901 | Town of Princess Anne Portion<br>50489 BROAD ST<br>Princess Anne, MD 21853 |
| Truist Bank<br>Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | U.S. Small Business Administration<br>409 3rd Street SW, 2nd Floor<br>Washington, DC 20416-0005 | US Attorney for the District of MD<br>36 S CHARLES STREET FOURTH FLOOR<br>Baltimore, MD 21201-3020 |
| US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | USTrustee<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, VA 24011-1620 | United Health Care<br>PO Box 740800<br>Atlanta, GA 30374-0800 |
| United Rentals (North America) Inc.<br>PO Box 100701<br>Atlanta, GA 30384-0711 | University of Virginia Hospital<br>PO Box 2093<br>Memphis, TN 38101-2093 | VINCENT J ROLDAN ESQ<br>MANDELBAUM BARRET PC<br>3 BECKER FARM ROAD, STE 105<br>ROSELAND, NJ 07068-1726 |
| Vanessa Odom<br>4220 Quailshire Ct.<br>Chesapeake, VA 23321-3197 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Verizon Communications<br>c/o CMR Claims Dept<br>PO Box 60553<br>Oklahoma City, OK 73146-0553 |
| Verizon Wireless<br>PO BOX 16801<br>Newark, NJ 07101-6801 | Virginia Dept of Transportation<br>PO BOX 1234<br>Clifton Forge, VA 24422-0724 | Virginia Office of Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219-3402 |
| WM Enterprise LLC<br>11720 Beltsville Dr. Ste 160<br>Beltsville, MD 20705-3166 | Washington Air Compressor<br>PO Box 5450<br>White Plains, NY 10602-5450 | Washington Gas Light Company<br>PO Box 57000<br>Springfield, VA 22150-7000 |
| Waste Management<br>P.O.Box 13648<br>Philadelphia, PA 19101-3648 | Western District of Virginia<br>US Attorney's Office<br>P.O. Box 1709<br>Roanoke, VA 24008-1709 | White Oak Commercial Finance LLC<br>1155 Avenue of the Americas, FL 15<br>New York, NY 10036-2711 |
| Wilmer Varela<br>1507 Paula Dr.<br>Silver Spring, MD 20903-2237 | Woodall & Lang, Inc<br>PO Box 864<br>Lynchburg, VA 24505-0864 | Xfinity<br>293 sunset key<br>Key west, FL 33040-8406 |

| | | |
|---|---|---|
| ZIPIN AMSTER & GREENBERG LLC<br>T BRUCE GODFREY ESQ<br>8757 GEORGIA AVE, STE 400<br>SILVER SPRING, MD 20910-3738 | Zemanian Law Group<br>c/o Paul A. Driscoll<br>223 East City Hall Ave, Suite 201<br>Norfolk, VA 23510-1700 | B. Webb King<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, VA 24011-1620 |
| Bruce Stuart Boone Sr<br>711 Applegate Rd<br>Appomattox, VA 24522-9483 | Christopher S Moffitt<br>218 North Lee Street<br>3rd Floor<br>Alexandria, VA 22314-2631 | Christopher Stuart Moffitt<br>218 North Lee Street<br>3rd Floor<br>Alexandria, VA 22314-2631 |
| Lawrence Allen Katz<br>Hirschler Fleischer PC<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capitol Paving of D.C., Inc.<br>2211 Channing Street, NE<br>Washington, DC 20018-2127 | DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPt<br>PO BOX 6600<br>Johnston, IA 50131-6600 | Herc Rentals, Inc.<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FL<br>Bonita Springs, FL 34134-4325 |
| Johns Hopkins Medicine<br>PO Box 417714<br>Boston, MA 02241 | MARYLAND TRANSPORTATION AUTHORITY<br>2310 BROENING HIGHWAY<br>Baltimore, MD 21224-6673 | Marlin Business Corporation<br>300 Fellowship<br>Mount Laurel, NJ 08054-1727 |
| (d)Marlin Business Corporation fka Marlin Bus<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | NJ EZPASS<br>ATTN  JASMINE JENKIN<br>375 MCCARTER HIGHWAY Suite 200<br>Newark, NJ 07114-2562 | PAWNEE LEASING CORPORATION<br>ATTN  SANDI CARR<br>3801 AUTOMATION WAY STE 207<br>Fort Collins, CO 80525-5735 |
| PEPCO HOLDINGS INC<br>LEGAL SERVICES<br>701 NINTH ST NW SUITE 1100<br>Washington, DC 20068-0001 | STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>Saint Cloud, MN 56301-3761 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)White Oak Commercial Finance, LLC | (u)Laksiri Karunaratne<br>Reimbursement<br>NY 13427 | (d)WM Enterprise, LLC<br>11720 Beltsville Drive, Suite 160<br>Beltsville, MD 20705-3166 |

| | | |
|---|---|---|
| (d)White Oak Commercial Finance, LLC<br>1155 Avenue of the Americas<br>FL 15<br>New York, NY 10036-2711 | (d)White Oak Commercial Finance, LLC<br>1155 Avenue of the Americas<br>Floor 15<br>New York, NY 10036-2711 | (d)Meredith Boone<br>711 Applegate Rd<br>Appomattox, VA 24522-9483 |

**End of Label Matrix**
**Mailable recipients**    276
**Bypassed recipients**      6
**Total**                  282